# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| RONALD C. WHITE, | ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Case No. CV415-082 |
| SAMUEL S. OLENS, ATTORNEY GENERAL OF GEORGIA, | ) ) ) | |
| Respondent. | ) ) | |

## ORDER

After the undersigned recommended his 28 U.S.C. § 2254 petition be dismissed (doc. 15) (filed August 13, 2015), and within the time for objections, Ronald White notified the Court of a change in his address. Doc. 17 (deemed filed August 18, 2015). To ensure timely receipt of that recommendation, the Clerk is **DIRECTED** to mail a copy of the Report and Recommendation (R&R), Doc. 15, to White's current address. *See* doc. 17. White has fourteen days from the date this Order is served to file his objections to the R&R.

**SO ORDERED**, this 25-th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA