# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

RONALD C. WHITE,                    )
                                    )
    Petitioner,             )
v.                                  )
                                    )    Case No. CV415-082
SAMUEL S. OLENS, ATTORNEY           )
GENERAL OF GEORGIA,                 )
                                    )
    Respondent.             )

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _23_ day of _September_, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA